# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

JEROME J. DALEY

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 07- 7264

FILED
DEC - 5 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about  October 31, 2007, to the present  in  Champaign  County, in the  Central  District of  Illinois  defendant:

knowingly and intentionally conspired to distributed cocaine base ("crack")

in violation of 21 U.S.C. § 841(a)(1) and 846.

I further state that I am a  DEA Task Force Agent  and that this complaint is based on the following facts:
                                Official Title

See attached affidavit

Continued on the attached sheet and made a part hereof:    ■ Yes    ☐ No

s/ Matthew D. Henson
_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

December 5, 2007                    at    Urbana, Illinois
_____         _____
Date                                     City and State

David G. Bernthal                        s/ David G. Bernthal
U.S. Magistrate Judge                    _____
Name & Title of Judicial Officer         Signature of Judicial Officer

STATE OF ILLINOIS         )
                          ) ss
COUNTY OF CHAMPAIGN       )

## AFFIDAVIT

I, Matthew D. Henson, being first duly sworn, hereby state:

1. I am an Officer with the Champaign Police Department (CPD) and am currently assigned to the Champaign Narcotics Unit, whose primary objective is to conduct mid-level narcotics investigations. I have been with CPD for approximately six years and assigned to the Champaign Narcotics Unit since September 2003. I was deputized by the DEA as Task Force Officer for this investigation in May 2007.

2. This affidavit is submitted in support of a complaint charging JEROME J. DALEY, year of birth reported as 1987, with conspiracy to distribute cocaine base ("crack"), in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

3. I am familiar with the following facts based upon my own personal observation and upon information officially supplied to me by other law enforcement agents.

4. Since approximately 2002, law enforcement agencies, including the DEA, members of the Champaign, Illinois Police Department, Urbana, Illinois Police Department Street Crimes Unit, and the Champaign County, Illinois Sheriff's Office Street Crimes Unit have conducted an ongoing investigation of an organization, which is believed to be responsible for the distribution of multiple kilograms of cocaine and crack cocaine in the Champaign County, Illinois area. One of the leaders of the

organization has been identified as OLAITAN O. FOWOWE, a/k/a MELVIN.

5.  Based on information developed during the ongoing investigation, officers have learned that the organization has recruited several persons to assist in the facilitation of this criminal drug conspiracy. These persons have been responsible for renting vehicles which were used to transport cocaine from Chicago, Illinois to Champaign, Illinois; transporting cocaine to Champaign-Urbana, Illinois; transporting currency generated from drug sales back to Chicago, Illinois; renting apartments in the Champaign-Urbana, Illinois area for drug dealers to utilize as their base of operation; and obtaining cellular telephones in their names to prevent law enforcement from being able to track the activities of the hierarchy of this organization.

6.  To date, officers have conducted 23 search warrants on residences and vehicles in the Champaign County, Illinois area that are believed to be tied to the organization. Those searches have led to the seizure of five vehicles; approximately 405 grams of cannabis; approximately 1,722 grams of powder cocaine; approximately 928 grams of crack cocaine; eight semi-automatic handguns/revolvers, two of which were previously reported as stolen; and $105,716 in cash.

7.  FOWOWE is currently serving an six-year sentence for manufacture/delivery of a controlled substance in the Illinois Department of Corrections at the Crossroads Correctional Center, located at 3210 West Arthington, Chicago, Illinois 60624. Crossroads Correctional Center is a work release center. As part of his sentence, FOWOWE is allowed to leave the facility at approximately 7:00 a.m. so

that he can travel to his place of employment. It is believed that FOWOWE has to return to this facility at approximately 7:00 p.m. every evening. Based on surveillance of FOWOWE by law enforcement officers since October 23, 2007, FOWOWE has no known source of legitimate employment.

8. Based on information developed in this investigation, officers have learned that the organization has created a master customer telephone list of persons in the Champaign County, Illinois area who purchase crack and powder cocaine. FOWOWE is responsible for directing the organization's street level narcotics dealers and providing them with customers' telephone numbers. FOWOWE has also provided his own cellular telephone numbers to customers so that they could contact him directly should they have any problems with their service. FOWOWE has also provided the customers with new cellular telephone numbers to call to reach the street level dealers.

9. In October 2006, a Champaign, Illinois police officer involved in this investigation received an unsolicited cellular telephone call from (217) 390-0280 and spoke with a male subject who identified himself as "MELVIN". Officers immediately recognized "MELVIN" to be the alias for FOWOWE. MELVIN advised the officer that his group was back in town and ready for business. MELVIN provided the officer with cellular telephone number (217) 390-0280 and instructed him to call that number if he needed anything, apparently referring to cocaine. It is unknown how FOWOWE obtained the officer's department-issued cellular telephone number or why MELVIN apparently believed the officer's number was associated with a drug customer.

10. As a result of this unsolicited call, I was assigned to work in an undercover capacity and to attempt to contact the phone number provided by FOWOWE to arrange for undercover purchases of cocaine and crack cocaine in Champaign and Urbana, Illinois (I am hereafter referred to as the UC).

11. Between October 10, 2006, and September 26, 2007, the UC has had ongoing cellular phone contact with FOWOWE and has conducted a total of 54 hand-to-hand purchases of cocaine and crack cocaine in Champaign and Urbana from a total of 16 different persons. During that time period, the UC has been provided with a total of 16 different cellular telephone numbers from FOWOWE and other suspects in this case. FOWOWE has also provided the UC with his own various cellular telephone numbers.

12. On October 22, 2007, United States District Court Judge Michael P. McCuskey, Central District of Illinois, entered an Order authorizing the interception of wire communications associated with cellular telephone number 708-224-5884, a number subscribed to and known by me to be used by FOWOWE.

13. On October 31, 2007, agents monitoring the interception of wire communications discovered that cellular telephone number (773) 344-5366, which was subscribed to Jerome DALEY, the brother of Sasha Daley, who is known to be the girlfriend of FOWOWE, was calling FOWOWE on multiple occasions discussing the drug trafficking activities of this organization.

14. On October 31, 2007, at approximately 4:19 p.m., agents monitored the following conversation between Jerome DALEY and FOWOWE regarding the

4

transporting of currency ("stack"), a known term for drug proceeds:

| | |
|---|---|
| FOWOWE: | Hello. |
| DALEY: | Hey. |
| FOWOWE: | What up? |
| DALEY: | They only gave me a stack, though. I was rushing, counting that shit trying to give him directions. |
| FOWOWE: | Which one? |
| DALEY: | The first nigger. |
| FOWOWE: | He didn't give you 12? |
| DALEY: | No, he gave me a stack. |
| FOWOWE: | Right. You back on the road? |
| DALEY: | Yeah. You want me to turn back? |
| FOWOWE: | No, fuck it, you all on the road already. |
| DALEY: | Yeah. |
| FOWOWE: | Right. I'm going to call and let him know that he only gave you a stack. |
| DALEY: | Right. |
| FOWOWE: | Right |

15.　On November 5, 2007, at approximately 3:56 p.m., agents monitored the following conversations between Jerome DALEY and FOWOWE regarding the transporting of currency, which agents believe to be drug proceeds:　　:

FOWOWE:　Hello.

5

| | |
|---|---|
| DALEY: | Hey. What's that number? (217)... |
| FOWOWE: | Yeah, 402. |
| DALEY: | 402. |
| FOWOWE: | 0038. |
| DALEY: | 0038. |
| FOWOWE: | He got 1,850. Make sure you count it in front of him. |
| DALEY: | Yeah. |
| FOWOWE: | Alright. |

16.  The 0038 number referred to by both DALEY and FOWOWE is a number the UC has called during this investigation to arrange for the purchase of crack cocaine.

17.  Also on November 5, 2007, agents conducted a traffic stop of a vehicle in Champaign and determined that the occupants of the car were JEROME DALEY and Jason T. Dickerson, a/k/a "Bama." DALEY was driving the car, which was determined to be a car leased by FOWOWE from Hertz in South Holland, IL, near Chicago.

18.  On November 9, 2007, surveillance agents observed Jerome DALEY operating FOWOWE's vehicle. DALEY was observed following another vehicle identified as being driven by Jason Dickerson. The vehicles were traveling south from Chicago, Illinois to Champaign, Illinois. As the vehicles arrived in Champaign, surveillance units observed Jerome DALEY and Jason Dickerson exit the vehicles and enter an apartment at the corner of Green and States streets in Champaign. Agents observed Dickerson remove a backpack from the vehicle and put it on. Dickerson

carried the backpack into the apartment. Approximately 16 minutes later, Dickerson and DALEY were observed exiting the apartment complex. Dickerson was no longer wearing the backpack.

19.     Surveillance agents observed DALEY and Dickerson standing in front of the apartment complex. Officers observed what appeared to be hand to hand narcotic transactions with two white males, one of whom arrived on a bicycle and the other arrived in a van. Both of these transactions occurred in front of the apartment complex. One transaction appeared to be conducted by DALEY and one appeared to be conducted by Dickerson.

20.     During the agents' monitoring of the wire on that date, agents intercepted a telephone call between Jerome DALEY and FOWOWE. FOWOWE wanted to know from DALEY who had possession of the "backpack." DALEY advised FOWOWE that Jason Dickerson had the backpack.

21.     On November 9, 2007, FOWOWE contacted the UC by phone and advised the UC to use cellular telephone number (217) 402-0273 to arrange for future drug transactions.

22.     On November 14, 2007, the UC received an incoming call from FOWOWE but was unable to answer it. The UC later returned the call to FOWOWE. During the call, FOWOWE asked the UC if the UC had called the new 402-0273 number in Champaign, Illinois to order crack cocaine. The UC responded that he had not called yet. FOWOWE advised the UC that the service and product from the person using the

new number was better. The UC expressed concern about the "bags" (referring to crack cocaine) being "light" and asked FOWOWE if the bags would be heavier, to which FOWOWE responded affirmatively. On that same date, the UC later called the 0273 number and spoke with a person later identified as JASON T. DICKERSON, a/k/a "BAMA," and made arrangements to purchase crack cocaine. The UC later met with DICKERSON in Champaign and purchased 1.5 grams of crack cocaine from DICKERSON in exchange for $100.

Further, Affiant sayeth not.

s/ Matthew D. Henson
Matthew D. Henson, Task Force Agent
Drug Enforcement Administration

Subscribed and sworn to before me this
____5____ day of December 2007.

s/ David G. Bernthal

DAVID G. BERNTHAL
UNITED STATES MAGISTRATE JUDGE