UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

United States of America    )
                            )
                            )
        v.                  )   Case No. 07-7264
                            )
Jerome J. Daley             )
                            )
                            )

FILED
DEC 17 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## MOTION TO WAIVE PRELIMINARY HEARING

Now comes the Defendant, Jerome Daley, by and through his attorney, Jonathan Minkus, and moves this Honorable Court to grant Leave to the Defendant in this case to waive his right to Preliminary Hearing currently scheduled for Wednesday, December 19, 2007 at 1:30 P.M. In support of this Motion, Defendant states as follows:

1) That the Defendant has been fully advised by his Counsel as to his rights to a Preliminary Hearing.

2) That the Defendant does not at this time anticipate that he will be going to trial in this Cause and has already been in contact with the arresting agencies in this matter to meet with them.

3) That in light of the foregoing and after having been fully advised as to each and every one of his rights vis-a-vis a Preliminary Hearing, the Defendant respectfully waives his right to a Preliminary Hearing in this Cause and does not wish such a Hearing to be held.

Wherefore, for all of the foregoing reasons, the Defendant respectfully prays that this Honorable Court enter an Order formally waiving the Preliminary Hearing in this Cause and likewise waiving the necessity for his appearance in court on December 19, 2007.

Respectfully Submitted,

*/s/ Jonathan Minkus*
Jonathan Minkus

The Law Offices of Jonathan Minkus
5225 Old Orchard Road, Suite 50
Skokie IL   60077
847-966-0300

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | ) Case No. 07-7264 |
| | ) |
| Jerome J. Daley | ) |
| | ) |

## NOTICE OF FILING

TO:  Clerk of United States District Court       AUSA Timothy Bass
     218 U.S. Courthouse                          District Attorney's Office
     201 S. Vine                                  201 S. Vine
     Urbana IL   61802                            Urbana IL   61802
                                                  Via Facsimile 217-373-5891

Courtesy Copy:  The Honorable Judge Bernthal

PLEASE TAKE NOTICE that on the 14th day of December, 2007 I caused to be filed with the Clerk of the United States District Court the attached Motion To Waive Preliminary Hearing.

_____
Jonathan Minkus

The Law Offices of Jonathan Minkus
Attorneys for Defendant
5225 Old Orchard Road, Suite 50
Skokie, Illinois  60077
(847) 966-0300

## CERTIFICATE OF SERVICE

I Jonathan Minkus, an attorney, hereby certify that I served a copy of this Notice and the above-mentioned Motion to Waive Preliminary Hearing by U.S. Mail to the Clerk of the United States District Court, via Federal Express Mail, courtesy copy to the Honorable Judge Bernthal and via Facsimile to AUSA Timothy Bass on before the hour of 5:00 p.m. on the 14th day December, 2007 to the above named parties, properly addressed and stamped.

_____
Jonathan Minkus