E-FILED
Tuesday, 18 December, 2007  08:44:19 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-M-7264 |
| ) | |
| JEROME DALEY, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO
<u>WAIVE PRELIMINARY HEARING</u>**

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, in response to defendant's Motion to Waive Preliminary Hearing, states that it has no objection to said motion.

          Respectfully submitted,
          RODGER A. HEATON
          UNITED STATES ATTORNEY

BY:    <u>s/Timothy A. Bass</u>
        TIMOTHY A. BASS, Bar No. MO 45344
        Assistant United States Attorney
        201 S. Vine St., Suite 226
        Urbana, IL 61802
        Phone: 217/373-5875
        Fax: 217/373-5891
        tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 18th day of December 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jonathan M. Minkus  
Jonathan Minkus and Associates  
Suite 50  
5225 Old Orchard Road  
Skokie, IL 60077

      s/Timothy A. Bass  
      TIMOTHY A. BASS, Bar No. MO 45344  
      Attorney for Plaintiff  
      Assistant United States Attorney  
      201 S. Vine Street, Suite 226  
      Urbana, Illinois 61802  
      Phone: 217/373-5875  
      Fax: 217/373-5891  
      tim.bass@usdoj.gov