AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

RECEIVED
2007 DEC -7 P 4: 18

UNITED STATES OF AMERICA

US MARSHALS SERVICE
CENTRAL ILLINOIS

V.

**WARRANT FOR ARREST**

JEROME J. DALEY

Case Number:  07- 726 **FILED**

To:   The United States Marshal
      and any Authorized United States Officer

JAN 0 2 2008

JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

YOU ARE HEREBY COMMANDED to arrest_____ JEROME J. DALEY _____
                                                                   Name

and bring him forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment     ☐ Information    ■ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him with (brief description of offense)

conspiracy to distribute cocaine base ("crack")

in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

David G. Bernthal
_____
Name of Issuing Officer
s/ David G. Bernthal

_____
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
_____
Title of Issuing Officer

December 5, 2007   Urbana, Illinois
_____
Date and Location

**BAIL FIXED AT $** _None_               **by**      **DAVID G. BERNTHAL**
                                                      **Name of Judicial Officer**
To be considered at initial appearance

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _Evanston_ |

| Date Received | Name of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 12/04/07 | Jeff Jolly | |
| Date of Arrest | Title of Arresting Officer | |
| 12/10/07 | DEA | |