

E-FILED
Wednesday, 09 January, 2008 02:20:12 PM
Clerk, U.S. District Court, ILCD

JAN - 9 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 08-_____ |
| ) | Violations: Title 21, United |
| v. ) | States Code, Sections 846, |
| ) | 841(a)(1), 841(b)(1)(A) and |
| JASON T. DICKERSON, and ) | 841(b)(1)(C). |
| JEROME DALEY, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

1.  From in or about October 2007, and continuing to December 6, 2007, in the Central District of Illinois, and elsewhere, the defendants,

**JASON T. DICKERSON and JEROME DALEY,**

knowingly and intentionally conspired with others to distribute a controlled substance, namely, 50 or more grams of a mixture and substance containing cocaine base (crack), a Schedule II controlled substance.

2.  As part of the conspiracy, the defendants and their source for crack cocaine agreed that crack cocaine would be transported from Chicago, Illinois to Champaign-Urbana, Illinois for redistribution. In furtherance of that agreement, the defendants rented an apartment in Champaign, Illinois from which to distribute crack cocaine.

3. As a further part of the conspiracy, Defendant **DALEY** transported crack cocaine to Champaign, Illinois for distribution by Defendant **DICKERSON**.

4. As a further part of the conspiracy, Defendant **DICKERSON** distributed crack cocaine in the Champaign-Urbana, Illinois area.

5. As a further part of the conspiracy, Defendant **DALEY** transported drug proceeds from Champaign, Illinois back to his crack cocaine source in Chicago, Illinois.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

## COUNT 2

On or about November 14, 2007, in the Central District of Illinois, the defendant,

### JASON T. DICKERSON,

knowingly and intentionally distributed a mixture and substance containing cocaine base (crack), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

On or about December 6, 2007, in the Central District of Illinois, the defendant,

**JASON T. DICKERSON,**

knowingly and intentionally possessed 50 or more grams of a mixture and substance containing cocaine base (crack), a Schedule II controlled substance, with the intent to distribute it.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

A TRUE BILL,

_____
FOREPERSON

_____
RODGER A. HEATON
UNITED STATES ATTORNEY/TB