E-FILED
Friday, 18 January, 2008 02:38:06 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>　Plaintiff | )<br>)<br>)<br>) CASE NO. **08-20005**<br>) |
| **JASON T. DICKERSON** and<br>**JEROME DALEY**<br>　Defendant | )<br>)<br>) |

## SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **3:30 P.M.** on **MARCH 4, 2008** before the Honorable Michael P. McCuskey.

IT IS FURTHER ORDERED this matter is set for JURY SELECTION and JURY TRIAL at **9:00 A.M.** on **MARCH 17, 2008** before the Honorable Michael P. McCuskey.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 18th day of January, 2008.

　　　　　　　　　　　　　　　　　　　　　　s/　David G. Bernthal
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　DAVID G. BERNTHAL
　　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE