E-FILED
Monday, 07 July, 2008 01:48:47 PM
Clerk, U.S. District Court, ILCD

FILED
JUL -7 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

RECEIVED
JUL 07 2008
U.S. DISTRICT JUDGE
URBANA, ILLINOIS

To: The Honorable Michael P. McCuskey,

I would like to take this time to formally apologize to you and the people of Urbana-Champaigne for my childrens involvement in this case. As parents we were completely blind sided by these recent events. We emirated to the United States to provide a better life for our children to give them opperunities that was not available to us growing up. Their father and I worked two to three jobs so that we could afford to provide a comfortable life. The value of hard work was taught to them at a very early age. As soon as they were of age they got a job they did. For example, Sasha started working the summer that she turned fourteen (14) and as been working ever since. Throughout her college years, Sasha was able to attended the University of Illinois Urbana-Champaigne full-time and managed to work two jobs. All her hard work would pay off when she graduated. After graduation, Sasha immediately started working a full-time job with plans to go back to graduate school. Jerome also is a hard worker. Throughout high school he could not work a parttime job of his dedication to football and other various sports that he played throughout the year. He used his free period and study hall to work for Evanston Township High School in the attendance office. Jerome's hard work would pay off. He attended Lakeland College to play football. After two years at Lakland, he came home in part because of bum knees that ended his football career, to work and enrolled in Malcolm X College. What I am saying your honor is they are good kids that made a mistake. We understand that they should be punished for their involvement, but we asked that you be lenient with the punishment. Once again we would like to apologize to you and the people of Urbana-Champaigne.

Yours Truely
The Daley family