E-FILED
Tuesday, 08 July, 2008 02:36:00 PM
Clerk, U.S. District Court, ILCD

FILED
JUL -8 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

RECEIVED
JUL 0 8 2008
U.S. DISTRICT JUDGE
URBANA, ILLINOIS

08-20005

The Honorable Michael P. McCuskey
Chief US District Judge
201 S. Vine St
Urbana, IL 61802

July 2, 2008

Dear Judge Michael P. McCuskey,

I am writing this letter in reference to my brother, Jerome Daley, who is scheduled for sentencing on July 17, 2008. My brother and I have always had a close relationship since we were children. However, in recent years, our relationship has grown stronger. This is a difficult letter for me to write because in many ways, I feel completely responsible for my brother's involvement in this case. I sincerely doubt that if it wasn't for my poor choice of associations, my brother would not have not been involved with this case or any like it.

As you may already know, my brother was only involved in this case for a very short period of time. My brother does not deny nor does he displace responsibility for his actions. I wholeheartedly believe that he was under the impression that he was doing no harm to himself or society. He has since come to a better understanding of the law and why they are in place and have accepted responsibility for his action.

However, in considering a sentence to impose, please also consider the good contributions that my brother has made to society. Please consider that in his twenty-one year existence, he has done more good than harm and is extremely unlikely to be a repeat offender. Jerome is a loving, caring, responsible, sociable, ambitious, honest, trustworthy, hardworking, patient, and courteous young man. He completely embodies the aforementioned list of attributes. Jerome is an extremely reliable person. He is very quick to come to the aid of anyone in need. Jerome spent most of his free time helping others. I can remember when we were younger; most of his weekends were spent helping my grandmother with household chores, helping people move, doing various different odd projects for family and friends a like without the expectation of something in return.

Jerome has been involved in sports since he was very young and has achieved a high level of success in sports like track, basketball, and football. In fact, he played two years of football at the collegiate level at Lakeland College. After realizing that his dream of playing professional football will more than likely not transpire coupled with the financial burden of attending a private institution, Jerome made the conscious decision to return home. Upon returning home, he quickly enrolled in Malcolm X College to begin completing the required prerequisite coursework for the highly competitive radiology technician program. To increase his chances of gaining acceptance to the program, Jerome obtained an employment position as a Radiology Technician Aide at Highland Park Hospital.

Jerome was in the midst of completing his education and moving towards a successful career and lifestyle as a socially responsible individual when suddenly he found himself a party to this tragedy. I am unable to adequately express in words, how wonderful a person my brother is. Even though he is two years younger than me, he has had a tremendous influence on my life. Jerome has taught me the meaning of resilience and adaptation. He is an extremely hard worker who is persistent in his efforts to succeed. Even though Jerome was never an honors student and academics did not come easy to him, he worked tremendously hard to ensure that his dream of attending college was realized. This is truly inspiring as he never simply accepted his inadequacies but always worked to achieve a level of greatness that was not innate to him. He also worked hard to be the best athlete as demonstrated by his 6 a.m. workouts on school days as well as weekends. Jerome never took anything for granted and always worked for everything he achieved. Since our arrival to this country, my brother was the first to begin the long and tedious process of integration and adaptation. Once he began school, he threw himself in any and all activities and made friends with everyone he encountered to make the necessary cultural adaptations. In witnessing his natural ability to put himself out there and make friends, as a shy and socially reserved young girl, I too began to open up.

I truly believe that my brother's involvement in this case was an uncharacteristic event and an isolated incident. If given the opportunity, I am confident that Jerome will continue to make strides to be a socially conscious and responsible adult. Please consider the tremendous impact that this has had on my family and will have on his future. It is more than likely, that since Jerome is not a citizen of the United States, he will be removed from the country. This is especially difficult because he will be separated from a life that he has known since he was only 4 years old. He will also be separated from a mother, a father, a brother and two sisters that have also been an important part of his life. He will have to begin a completely new life that is unbeknownst to him. I am confident that the resilience my brother has demonstrated in his early life will continue to transpire but that is a tremendous amount of hardship to overcome. Please consider the other forms of punishments and consequences that he will endure and subsequently have to deal with for the rest of his life.

I plead with you to give my brother another chance. As a first time offender, please give Jerome another opportunity to lead a normal life. He is truly a wonderful person that is joy to all who know him.

Sincerely,

*Sasha Daley*
Sasha Daley